# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2021

Bridget M. McCormack,
Chief Justice

162109(27)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ANDRE DUVOR STRINGER,
   Defendant-Appellant.
_____/

SC: 162109
COA: 353696
Wayne CC: 11-006767 -FC

  On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 27, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2021



        Clerk